[No. 12231-6-II. Division Two. November 15, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS CLAYTON RAY, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 87-1-00144-7, Milton R. Cox, J., entered August 25, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Reed, J.

[No. 12331-2-II. Division Two. November 15, 1989.]

THE STATE OF WASHINGTON, *Appellant,* v. KILLOUGH H. PATRICK III, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 88-1-00150-1, James D. Roper, J., entered October 5, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Reed, J.

[No. 12109-3-II. Division Two. November 15, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. CHRISTOPHER MARK KVISTAD, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 87-1-00554-1, James I. Maddock, J., entered June 28, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.